# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 20, 2012</u>

*The Court of Appeals hereby passes the following order:*

## A13D0154. HERMAN KARL KEITH v. THE STATE.

In 2007, Herman Karl Keith pled guilty to aggravated assault, battery and robbery. On October 29, 2012, he filed a pro se application for discretionary appeal with the Supreme Court, asserting claims of an invalid plea and ineffective assistance of counsel. The Supreme Court transferred the case to us, noting that Keith had failed to attach an order from which he was appealing and that he, therefore, failed to show any basis for jurisdiction in the Supreme Court. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a stamped "filed" copy of the order being appealed. Here, Keith has not included any order in his application. Accordingly, we are unable to determine whether his application was filed within 30 days of the order(s) he challenges. See OCGA § 5-6-35 (d) (providing that an application must be filed within 30 days of the entry of the order).

As the applicant, Keith bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Without the trial court's order, we have nothing to review. This application is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, <u>12/20/2012</u>
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*